■ JOHN KELLY, Respondent, et al., Plaintiff, v. CARISTO CONSTRUCTION CORP., Defendant and Third-Party Plaintiff-Respondent-Appellant. SIMON HOLLAND & SON, INC., Third-Party Defendant-Respondent-Appellant; ATLAS ERECTORS, INC., Third-Party Defendant-Appellant-Respondent.— Order of the Supreme Court, Kings County, dated May 4, 1971, which resettled a judgment of said court which had been entered January 14, 1971, affirmed. No opinion. Appeals from original judgment dismissed as academic. The original judgment was superseded by said order of resettlement. A single bill of costs is awarded to plaintiff against all appellants jointly, to cover all the appeals; and no other costs are awarded. Rabin, P. J., Hopkins, Martuscello, Latham and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH NANCE, JR., Appellant.— In a coram nobis proceeding, defendant appeals, as limited by his brief, from so much of an order of the County Court, Suffolk County, dated December 23, 1970, as, on reargument, denied the application. Order affirmed insofar as appealed from. No opinion. Rabin, P. J., Hopkins, Munder and Latham, JJ., concur; Gulotta, J., concurs, with the following memorandum: In the light of People v. Olson (36 A D 2d 966) and Matter of Torres v. Gallucci (36 A D 2d 966), I am constrained to concur in the affirmance, although I still adhere to my views as expressed in the dissents in each of those cases.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PAPANDON, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Suffolk County, rendered August 3, 1970, convicting him of willfully committing an act which seriously injured the property of another (former Penal Law, § 43), upon a guilty plea, and sentencing him to a jail term of five months. Judgment modified, in the exercise of discretion, by reducing the sentence to the time served. As so modified, judgment affirmed. In our opinion the sentence was excessive to the extent indicated herein. Rabin, P. J., Hopkins, Munder, Latham and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EILEEN BRUEN, Appellant, v. RICHARD BRUEN, Respondent.— In a habeas corpus proceeding to obtain custody of the parties' five children, relator appeals from an order of the Family Court, Richmond County, dated June 22, 1970, which, after a hearing, inter alia awarded custody of the children to respondent. Order reversed, on the law and the facts, without costs; writ sustained; and custody of the children awarded to relator. The writ herein for custody of five children of tender age should have been sustained and custody awarded to their mother, the relator, since there is no proof in the record that she is an unfit mother, the children were in her custody pursuant to a prior temporary separation agreement, and in the decision by the Family Court there are no findings that this mother is an unfit custodian of her children. Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.